UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY MARIE JENNINGS,

    Plaintiff,

v.                                                                                   Case No. 6:17-cv-2023-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff Ashley Marie Jennings ("**Jennings**") seeks review of the Commissioner's decision to deny her social security disability benefits. (Doc. 1.) In support, Plaintiff objects to the Administrative Law Judge's ("**ALJ**") unfavorable decision from March 8, 2017 to deny her benefits. (*See* Doc. 14.) Jennings asserts that the ALJ applied the incorrect legal standard by failing to properly consider portions of the Comprehensive Vocational Evaluation. (*See id.* at 9–12.)

On referral, U.S. Magistrate Judge Thomas B. Smith recommends affirming the Commissioner's decision. (Doc. 15 ("**R&R**").) Specifically, Magistrate Judge Smith disagrees with Jennings' assertion that the ALJ overlooked favorable evidence, because the ALJ is not required to discuss every piece of evidence in its decision. (*See id.* at 7.) Indeed, Magistrate Judge Smith concluded that that the Commissioner's decision was made pursuant to the correct legal standard with substantial supporting evidence. (*Id.* at 8.)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 15) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED.**

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant and against Plaintiff and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 12, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record